**1**

**Robert R. MATTHEWS, Appellant**

v.

**COMMISSIONER OF SOCIAL SECU-
RITY, Michael J. Astrue and Social
Security Administration, Appellees.**

**No. 10–5377.**

United States Court of Appeals,
District of Columbia Circuit.

March 10, 2011.

———

Robert R. Matthews, Washington, DC,
pro se.

R. Craig Lawrence, U.S. Attorney's Of-
fice, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge,
and HENDERSON and KAVANAUGH,
Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
brief and appendix and supplement to the
brief filed by the appellant. *See* Fed.
R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It
is

**ORDERED AND ADJUDGED** that the
district court's order filed November 8,
2010, be affirmed. Appellant has not
shown that the district court erred in dis-
missing his case for failure to prosecute
when he did not maintain a current ad-
dress of record with the court. *See* Local
Civil Rule 5.1(e).

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.
*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.